## Weekly Advance Abstract Opinions
## CURRENT U. S. COURT of APPEALS CASES
## Originating in Ohio

No. 64

CLEVELAND & W. COAL CO. V. BALT. & O. R. R. CO.

U. S. District Court, N. D. Ohio, No. 784. Oct. 5, 1922.
For full opinion see 283 Fed. 995, (Rep. Dec. 14, 1922).

RAILROADS—(1) Distribution of Coal Cars—Question for (2) Inter State Commission (3) Good faith required.

WESTENHAVER, J.

Epitomized Opinion

On motion for a preliminary injunction

Plaintiff operates its coal mines, and depends upon defendant for a supply of cars. The bill alleges that defendant is practicing unfair discrimination in distributing its coal cars to the prejudice of plaintiff, and in violation of the Inter State Commerce Act. Application was made for a preliminary injunction to restrain the discrimination and heard upon affidavits, and submitted for decision. The court refused the injunction, and stated its reasons as follows:

(1) Whether the method of distributing cars practiced by a carrier conforms to the statutes regulating the same is a question primarily for the Inter State Commerce Commission.

(2) Service Order No. 25, of this Commission, does not disclose any specific order or direction in the matter of car distribution. It directs that certain priorities be given to certain commodities, among which is coal. But it does not affect the assigned car practice, and leaves the question of proper distribution of coal cars to be governed by the Interstate Commerce Commission.

(3) If defendant does not follow a method of car distribution which is made in good faith, but becomes discriminatory practice, in violation of its car service rules for distributing coal cars, a new application for relief can be made, but the methods it has followed are not so clearly in violation of the statute or orders of the Inter State Commerce Commission as to warrant the court in overruling a preliminary injunction.

Attorneys—C. F. Taplin, Cleveland, for plaintiff; Tolles, Hogsett, Ginn & Morley, Cleveland, for defendant.

CONTRIBUTORS SOLICITED

In the daily experience of lawyers, they often see and hear things, and of things, part of which, if contributed to these columns, will make interesting reading to every lawyer. We therefore invite all our readers to become reporters for the Abstract. The examples given will thus possibly help in giving mental pabulum or relaxation to those who need it, and inspiration and punch to those who lack it.

Frequent contributions from members of the bar, for publication in the Abstract, will be appreciated by us. Here are some things we are assured will be of interest to our readers, and will have an educational value to many members of the Ohio bar. The following list will be suggestive of what can be written about appropriately:

Interesting personals about lawyers who have been promoted to or have achieved higher positions, or won distinguished honors in business or political life, and changes that have been made in firms, locations, etc.

Litigation, unusual in amounts involved, in the facts arising, or presenting novel questions or problems, or being noteworthy because of results achieved or unusual occurrences in the trial of the cases.

Anecdotes, humorous instances, documents and writings about law, lawyers, witnesses and cases, and references to unique rulings, erratic decisions and results of trials.

Opinions and suggestions as to legal matters of interest to the bar, and such other things arising in law practice, the contributor may think of sufficient interest to be puublished in the Abstract.

# Referees in Bankruptcy

**NORTHERN DISTRICT**

*Eastern Division*

Akron—H. L. Snyder.
Ashland—Maurice V. Semple.
Ashtabula—J. F. Munsell.
Bucyrus—W. C. Beer.
Canal Dover—H. H. Hostetler.
Canton—Celsus Pomerene.
Cleveland—Carl D. Friebolin.
Elyria—Thos. A. Conway.
Leetonia—Wm. E. Warren.
Mansfield—R. E. Hutchinson.
Wooster—Joseph O. Fritz.
Youngstown—Paul Carson.

*Western Division*

Lima—H. D. Grindle.

Counties — Allen, Auglaize, Hancock, Hardin, Marion, Mercer, Paulding, Putnam, Van Wert, Wyandot.

Toledo—Fordyce Belford.

Counties—Defiance, Erie, Fulton, Henry, Huron, Lucas, Ottawa, Sandusky, Seneca, Williams, Wood.

**SOUTHERN DISTRICT**

*Eastern Division*

Athens—L. A. Koons.
Bellefontaine—J. D. McLaughlin.
Cadiz—H. J. Smith.
Cambridge—W. H. Turner.
Cardington—W. P. Vaughn.
Chillicothe—R. W. Manley.
Circleville—H. B. Weaver.
Columbus—Fred N. Sinks.
Coshocton—H. L. Lybarger.
Dayton—Wm. S. McConaughey.
Delaware—F. A. Owen.
Gallipolis—F. E. Cherrington.
Lancaster—C. C. Pickering.
Marietta—L. B. Ogle.
Marysville—J. M. Broderick.
Mt. Vernon—R. M. Greer.
Newark—Fred M. Black.
Pomeroy—O H. Stewart.
St. Clairsville—J H. Gaston.

Steubenville—C. A. Vail.
Washington C. H.—A. C. Patton.
Zanesville—E. R. Myer.

*Western Division*

Cincinnati—Charles T. Greve.
Dayton—Robert E. Cowden.
Eaton—A. M. Crisler.
Greenville—J. W. Donovan.
Hamilton—H. H. Haines (Butler).
Hillsboro—M. T. Van Pelt.
Ironton—P. C. Booth.
Jackson—Vacant.
Logan—J. F. White.
Portsmouth—M. A. Crawford.
Ripley—Chambers Bird.
Sidney—David Oldham.
Springfield—Fred M. Knapp.
Urbana—Benjamin F. Miller.
West Union—J. O. McManis.
Wilmington—Allan Smith.
Xenia—E. D. Smith.